# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMMY A. MORRISON, | : | Case No. 3:19-cv-194 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | (by full consent of the parties) |
| vs. | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. #13). The parties respectfully move for the entry of a judgment reversing the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings consistent with this motion. On remand, the Appeals Council will affirm the finding of disability as of June 15, 2018. The Appeals Council will vacate the findings in the Administrative Law Judge's decision from the amended alleged onset date of October 29, 2015 through June 14, 2018. The Commissioner will hold a new hearing and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act for the time period at issue, and then issue a new decision.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion to Remand to the Commissioner (Doc. #13) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

January 27, 2020	*s/Sharon L. Ovington*
	Sharon L. Ovington
	United States Magistrate Judge